UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKE VILLAS CONDOMINIUM ASSOCIATION OF APARTMENT OWNERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-01819-KKE<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 10. The Court GRANTS the motion (Dkt. No. 10) and ORDERS that all claims in this action are dismissed with prejudice and without costs.

Dated this 15th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1